143 P.3d 48

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Kina v. Hawaii Medical Service Ass'n | 26341 | 09/05/2006 | Vacated & remanded |
| Reese v. Aloha Unlimited Travel, Inc. | 26052 | 09/15/2006 | Vacated & remanded |
| Rivera v. Rivera | 27464 | 09/19/2006 | Vacated, remanded & affirmed |
| Kim v. Pacific Guardian Center | 27430 | 09/21/2006 | Affirmed |

| | | | | |
|---|---|---|---|---|
| Chuong Thanh Hua v. Board of Trustees of Employees' Retirement System | 26315 | 09/21/2006 | Denied | 112 Hawai'i 292, 145 P.3d 835 |